IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Williams II, David B

Printed:  2/5/08

Case Number:  07 B 03166
Judge:  Goldgar, A. Benjamin
Filed:  2/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  November 6, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,836.00 |  |
| Secured: |  | 350.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,274.00 |
| Trustee Fee: |  | 92.68 |
| Other Funds: |  | 8,119.32 |
| Totals: | 9,836.00 | 9,836.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 1,274.00 | 1,274.00 |
| 2. | Glenda J Gray | Administrative | 1,274.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 600.00 | 350.00 |
| 5. | Litton Loan Servicing | Secured | 56,568.82 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 13,641.94 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 468.64 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 166.12 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 255.56 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 239.75 | 0.00 |
| 11. | Timothy K Liou | Unsecured | 589.78 | 0.00 |
| 12. | City Of Chicago | Unsecured | 413.06 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 126.57 | 0.00 |
| 14. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 15. | Accredited Home Lenders | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 18. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 19. | Park Dansan | Unsecured |  | No Claim Filed |
| 20. | AAC | Unsecured |  | No Claim Filed |
| 21. | PCFS Financial Services | Unsecured |  | No Claim Filed |
| 22. | Keynote Consuling | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 75,618.24 | $ 1,624.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Williams II, David B

Printed:  2/5/08

Case Number:  07 B 03166
Judge:  Goldgar, A. Benjamin
Filed:  2/23/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 92.68      |
|          | _____ |
|          | $ 92.68    |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

